# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00421-DDD-NYW

**MICHAEL AALFS,**
**individually and on behalf of all others similarly situated,**

      **Plaintiff,**

   v.

**UNITED PARCEL SERVICE, INC.,**
**an Ohio Corporation,**

      **Defendant.**

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

The Plaintiff, Michael Aalfs, and the Defendant, United Parcel, Inc., through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of the Plaintiff's claims with prejudice and state as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certify that this document is filed on behalf of all parties who have appeared in this action.

2. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), "a plaintiff may dismiss an action without a court order by filing… a stipulation of dismissal signed by all parties who have appeared."

3. The parties have resolved this action and agree to the dismissal of the Plaintiffs' claims with prejudice.

4. No class or collective has been certified and no motion to certify a class or collective has been filed or is pending. As such, the parties' resolution of this matter does not prejudice any party who is not present before the Court.

1

5.  The parties agree that each party should bear its own attorney's fees and costs.

DATED this 10th day of May, 2021.

*/s/ Adam M. Harrison*

_____

Shelby Woods
Adam M. Harrison
HKM Employment Attorneys LLP
730 17th Street, Suite 750
Denver, Colorado 80202
720.235.0105
swoods@hkm.com
aharrison@hkm.com

*Counsel for the Plaintiff*


*/s/ Naomi Beer*

_____

Naomi G. Beer
Kimberley Neilio
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
303.572.6500
beern@gtlaw.com
neiliok@gtlaw.com

*Counsel for the Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of May, 2021, I filed the foregoing Stipulation through the CM/ECF system, generating true and accurate copies of this document to all counsel of record.

*/s/ Adam M. Harrison*

Adam M. Harrison